IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MARY ROZELL**                                                                                                          **PLAINTIFF**

v.                                         **Case No. 4:25-cv-00661 KGB**

**AUTO-OWNERS INSURANCE COMPANY**                                                   **DEFENDANT**

## ORDER

Before the Court is plaintiff Mary Rozell's unopposed motion to remand (Dkt. No. 5). Rozell represents that, although she and defendant Auto-Owners Insurance Company are diverse, she seeks less than, and will accept no damages in excess of, $75,000 for her claim, exclusive of interest and costs (*Id.*, ¶¶ 2, 5). Rozell also represents that she conferred with Auto-Owners Insurance Company and that she seeks a single judgment adjudicating her uninsured motorist claim for a sum beneath $75,000, exclusive of interest and costs (*Id.*, ¶ 3). Rozell represents that Auto-Owners Insurance Company does not oppose the motion to remand (*Id.*, ¶ 4). Further, Auto-Owners Insurance Company has not responded or objected to the unopposed motion to remand, and the time for Auto-Owners Insurance Company to respond has passed. For good cause shown, the Court grants Rozell's unopposed motion to remand (Dkt. No. 5). The Court directs the Clerk of the Court to remand this action to the Faulkner County Circuit Court and terminate this case.

It is ordered this the 5th day of January, 2026.

*Kristine G. Baker*
_____
Kristine G. Baker
Chief United States District Judge